# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 99-0122 (TFH) |
| | ) | |
| DARREL A. GOODWIN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pending before the Court is Darrel Goodwin's Motion to Vacate, Set Aside or Correct

Sentence Pursuant to 28 U.S.C. § 2255, and for an Evidentiary Hearing. For the reasons stated in

the accompanying Memorandum Opinion, the Court

**ORDERS** that Goodwin's motion is **DENIED**.

**SO ORDERED**.

March 23, 2009

_____
Thomas F. Hogan
United States District Judge